DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Landaver<br><br>Case Below:<br>170 N.C. App. 197 | No. 311P05 | 1. Surety's (Aegis Security Insurance Company) PDR Under N.C.G.S. § 7A-31 (COA04-934)<br><br>2. Respondent's (Randolph Co. Bd. of Education) Motion to Deny PDR | 1. Denied<br>10/06/05<br><br>2. Dismissed as moot<br>10/06/05 |
| State v. Langley<br><br>Case Below:<br>173 N.C. App. 194 | No. 535P05 | AG's Motion for Temporary Stay (COA04-1100) | Allowed<br>09/28/05 |
| State v. Lattimore<br><br>Case Below:<br>172 N.C. App. 173 | No. 493A05 | 1. Def-Appellant's NOA Based Upon a Constitutional Question (COA04-1246)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed<br>10/06/05 |
| State v. Ledwell<br><br>Case Below:<br>171 N.C. App. 328 | No. 414P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-958) | Denied<br>10/06/05 |
| State v. Long<br><br>Case Below:<br>173 N.C. App. 758 | No. 610P05 | AG's Motion for Temporary Stay (COA03-1712) | Allowed<br>11/02/05 |
| State v. Lyles<br><br>Case Below:<br>172 N.C. App. 323 | No. 442A05 | 1. Def's NOA Based Upon a Constitutional Question (COA04-969)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed<br>10/06/05 |
| State v. Marsh<br><br>Case Below:<br>171 N.C. App. 516 | No. 457P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-732) | Denied<br>10/06/05 |
| State v. McCoy<br><br>Case Below:<br>171 N.C. App. 636 | No. 463A05 | 1. Def's NOA Based Upon a Dissent (COA04-209)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed<br>10/06/05 |
| State v. McNeill<br><br>Case Below:<br>170 N.C. App. 574 | No. 376P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-281) | Denied<br>10/06/05 |